# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand and twenty-three,

_____

Hermes International, Hermes of Paris, Inc.,            **ORDER**

    Plaintiffs - Appellees,                               Docket No. 23-1081

v.

Mason Rothschild,

    Defendant - Appellant.

_____

      Appellant's submission of a Notice of Appearance as Additional Counsel does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

      IT IS HEREBY ORDERED that the said Notice of Appearance as Additional Counsel is stricken from the docket.

                                                For The Court:

                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court