

*Thompson* McMullan
A PROFESSIONAL CORPORATION

100 Shockoe Slip  Richmond, Virginia 23219-4140
*Telephone:* 804.649.7545   *Facsimile:* 804.780.1813
*Website:* www.t-mlaw.com

John P. O'Herron
Direct Dial: (804) 698-6253
Facsimile:  (804) 780-1813
E-mail: joherron@t-mlaw.com
Website: www.t-mlaw.com

February 15, 2024

*Filed via CM-ECF*
Catherine O'Hagan Wolfe, Clerk
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    *Mason Rothschild v. Hermes International, et al.*
> Case No. 23-1081
> United States Court of Appeals for the Second Circuit
> Amicus Brief, Document 87

Dear Ms. Wolfe:

I am counsel for The American Apparel & Footwear Association, the Council of Fashion Designers of America, Inc., the Accessories Council, and the Halloween & Costume Association in the above-referenced matter.

On Friday, February 9, 2024, I filed a Brief *Amici Curiae* on their behalf in support of the plaintiffs-appellees. *See* Doc. 87. I neglected to note in the body of the brief that all parties consented to the filing, so please allow this to serve as notification to the Court that all parties consented to its filing.

Thank you, and please let me know if you have any questions.

Sincerely,

John P. O'Herron