# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-four.

Before:  Myrna Pérez,
      *Circuit Judge.*

_____

Hermes International, Hermes of Paris, Inc.,

    Plaintiffs - Appellees,

v.

Mason Rothschild,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 23-1081

  Appellant moves to expedite oral argument and consideration of this appeal.

  IT IS HEREBY ORDERED that the motion is DENIED.

          For the Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court

