Baker&Hostetler LLP

Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214

T 216.621.0200
F 216.696.0740
www.bakerlaw.com

Mark W. DeLaquil
direct dial: 202.861.1527
mdelaquil@bakerlaw.com

January 21, 2025

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second
Circuit
40 Foley Square
New York, NY 10007

Re: *Notice of withdrawal of co-counsel David B. Rivkin, Jr. in Hermes International v. Rothschild*-Case Dkt. 23-1081

Dear Ms. Wolfe,

    I write to inform you that attorney David B. Rivkin, Jr. of Baker & Hostetler LLP hereby withdraws as co-counsel in this case for appellees Hermès International and Hermès of Paris, Inc. Mr. Rivkin unfortunately passed away on December 27, 2024. Appellees will continue to be represented by Baker & Hostetler LLP, including by attorneys Gerald J. Ferguson, Heather J. McDonald, Oren J. Warshavsky, Kristin A. Shapiro, and myself, all of whom already have entered an appearance in this case.

Sincerely,

/s/ *Mark W. DeLaquil*
Mark W. DeLaquil